RECEIVED
OCT -1 2012 JAK
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_____ DIVISION

ROGER S. BATTLE )
_____ )
_____ )
(Enter above the full name
of the Plaintiff[s] in this
action).

Case No. 4:12-CV-230-F
(To be assigned
by the Clerk of
District Court)

vs.

EAST CAROLINA UNIVERSITY
JACKIE SMITH )
_____ )
_____ )
(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

## COMPLAINT

1. Plaintiff resides at 1104 W 5TH STREET GREENVILLE NC 27834

2. Defendant(s) name(s): EAST CAROLINA UNIVERSITY

1

Location of principal office(s) of the named defendant(s):

210 E. 1st ST
GREENVILLE NC 27858

Nature of defendant(s) business: HOUSEKEEPING AUPT

Approximate number of individuals employed by defendant:
20 OR 300

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.

   (B) ✓ Termination of my employment.

   (C) _____ Failure to promote me.

   (D) ✓ Other acts as specified below:

RETALIATION AND SEXUAL HARASSMENT

2

Case 4:22-cv-00230-FF Document 141 Filed 10/03/22 Page 2 of 5

5. Plaintiff is:

   (A) _____ presently employed by the defendant.

   (B) \_\_✓\_\_ not presently employed by the defendant.

   The dates of employment were _____.

   Employment was terminated because:

   (1) \_\_✓\_\_ plaintiff was discharged.

   (2) _____ plaintiff was laid off.

   (3) _____ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   (A) \_\_✓\_\_ my race.

   (B) _____ my religion.

   (C) _____ my sex.

   (D) _____ my national origin.

   (E) \_\_✓\_\_ other as specified below:

   RETALIATION

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

   JACKIE SMITH, BLACK, FEMALE, SUPERVISOR

3

8. The alleged discrimination occurred on or about _____
   3/29/2011

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

   TERMINATED FOR THREATENING STUDENT WHICH WAS UNFOUNDED.

10. The alleged illegal activity took place at: _____
    LSCU CAMPUS DORM

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about 3/29/2011. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on _____
    07/03/2012.

4

12. I seek the following relief:

   (A) __✓__ recovery of back pay;

   (B) _____ reinstatement to my former job;

   (C) __✓__ trial by jury on all issues so triable;

   and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

   10-1-2012
   Date

   Roger S Batth
   Signature of Plaintiff

   1104 W 5th ST
   GREENVILLE NC 27834
   (252) 752-0353
   Address and Phone Number of Plaintiff

5